

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:25-cr-19 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| EVELIN ZURITA BARRERA | ) | |
| JAMES ORNSRI | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 19, 2023, in the Northern District of Indiana,

**EVELIN ZURITA BARRERA**,

defendant herein, in connection with the acquisition of a firearm from FFL-1, a licensed dealer of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to FFL-1, which statement was intended and likely to deceive FFL-1 with respect to a fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that her current state of residence and address was 400 Hanna Street, Logansport, Indiana, whereas in truth and in fact, she knew that her current

address was not 400 Hanna Street, Logansport, Indiana, and further represented that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for JAMES ORNSRI;

In violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about May 19, 2023, in the Northern District of Indiana,

**EVELIN ZURITA BARRERA**,

defendant herein, knowingly made a false statement and representation to FFL-1, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL-1, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that her current state of residence and address was 400 Hanna Street, Logansport, Indiana, whereas in truth and in fact, she knew that her current address was not 400 Hanna Street, Logansport, Indiana, and to the effect that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for JAMES ORNSRI;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about May 19, 2023, in the Northern District of Indiana,

**JAMES ORNSRI**,

defendant herein, in connection with the acquisition of a firearm from FFL-1, a licensed dealer of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, did knowingly aid and abet the making of a false and fictitious statement to FFL-1, which statement was intended and likely to deceive FFL-1 with respect to a fact material to the lawfulness of the sale of such firearm, in that the defendant did aid, abet, counsel, command, induce, and procure the completing of a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, by EVELIN ZURITA BARRERA, who certified that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing said firearm for the defendant;

In violation of Title 18, United States Code, Sections 2 and 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about May 19, 2023, in the Northern District of Indiana,

### JAMES ORNSRI,

defendant herein, knowingly aid and abet the making of a false statement and representation to FFL-1, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL-1, in that the defendant did aid, abet, counsel, command, induce, and procure the completing of a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, by EVELIN ZURITA BARRERA, to the effect that she was the actual purchaser of a firearm, whereas in truth and in fact, she well knew she was purchasing

said firearm for the defendant;

In violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:   */s/ Kristian R. Mukoski*
Kristian R. Mukoski
Assistant United States Attorney